IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELLE JONES,<br><br>       *Plaintiff;*<br>v.<br><br>JAFFE & ASHER, LLP ET AL.<br><br>       *Defendants.* | Civil Action No. 1:17-cv-001853-JEB<br><br>Fed R. Civil P. 41(a)(1)(i) |

**NOTICE OF DISMISSAL**

The parties hereto have amicably resolved all matters in controversy and Plaintiff voluntarily dismisses this action with prejudice and without order of the Court as no answer or motion has been served by the Defendants.

Each party shall bear its own fees and costs, except as otherwise agreed.

DATED: October 31, 2017               Respectfully submitted,

/s/ *Dean Gregory*

Dean Gregory (Bar No. 1008846)
**LAW OFFICES OF DEAN GREGORY**
1717 K Street NW
Suite 900
Washington, DC 20006
Telephone: (202) 905-8058
Facsimile: (202) 776-0136
E-mail: dean@deangregory.com

*ATTORNEY FOR PLAINTIFF*